IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MICHAEL PRYOR** and **KAREN PRYOR**,<br><br>    Plaintiffs,<br><br>  v.<br><br>**AVON PRODUCTS, INC.**;<br><br>**BARRETTS MINERALS INC.**;<br><br>**BAYER CONSUMER CARE HOLDINGS LLC** f/k/a BAYER CONSUMER CARE LLC f/k/a MSD CONSUMER CARE, INC.);<br><br>**BAYER HEALTHCARE LLC**, a subsidiary of BAYER AG;<br><br>**BLOCK DRUG COMPANY, INC.** (sued individually and as successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY);<br><br>**BLOCK DRUG CORPORATION** (sued individually and as successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY);<br><br>**BRENNTAG NORTH AMERICA, INC.** (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.);<br><br>**BRENNTAG SPECIALTIES, INC.** f/k/a MINERAL PIGMENT SOLUTIONS, INC. (sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.);<br><br>**CHARLES B. CHRYSTAL COMPANY, INC.**; | Case No. 3:21-cv-00118-BRM-LHG<br><br>Civil Action<br><br>Transferred from the Superior Court of New Jersey, Law Division, Middlesex County<br><br>Docket No.: MID-L-000022-21AS<br><br><br>**CONSENT ORDER TO REMAND** |

**CHATTEM, INC.** (sued individually and as successor-in-interest to BLOCK DRUG CORPORATION, successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY);

**CLINIQUE LABORATORIES, INC.**, a subsidiary of THE ESTEÉ LAUDER COMPANIES INC.;

**CLINIQUE LABORATORIES, LLC**, a subsidiary of THE ESTEÉ LAUDER COMPANIES INC.;

**COLOR TECHNIQUES, INC.**;

**COSMETIC SPECIALTIES, INC.** (sued individually and formerly d/b/a G&G SPECIALTY PRODUCTS CO.);

**COTY, INC.** and its subsidiary NOXELL CORPORATION, for its CoverGirl line of products, and d/b/a RIMMEL LONDON and RIMMEL INC., for its Rimmel London line of products;

**CYPRUS AMAX MINERALS COMPANY** (sued individually, doing business as, and as successor to AMERICAN TALC COMPANY, METROPOLITAN TALC CO. INC. and CHARLES MATHIEU INC. and SIERRA TALC COMPANY and UNITED TALC COMPANY);

**CYPRUS MINES CORPORATION**;

**DR. SCHOLLS LLC**;

**ESTEÉ LAUDER, INC.**, a subsidiary of THE ESTEÉ LAUDER COMPANIES, INC.;

**THE ESTEÉ LAUDER COMPANIES, INC.** (sued individually and for LEN-RON MANUFACTURING CO. INC.);

**GLAXOSMITHKLINE LLC** (sued individually

and as successor-in-interest to BLOCK DRUG CORPORATION, successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY);

**HIMMEL MANAGEMENT CO. LLC** a/k/a HIMMEL GROUP formerly d/b/a MARTIN HIMMEL, INC. (sued individually and as successor-in-interest to BLOCK DRUG CORPORATION, successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY);

**HONEYWELL INTERNATIONAL, INC.** f/k/a ALLIED-SIGNAL, INC. (sued as successor-in-interest to BENDIX CORPORATION);

**MARY KAY INC.**;

**MAYBELLINE LLC**;

**MERCK & CO., INC.**;

**MORSE TEC LLC** f/k/a BORGWARNER MORSE TEC LLC (sued as successor-by-merger to BORG WARNER CORPORATION);

**NOXELL CORPORATION**, a subsidiary of COTY INC. and f/k/a NOXZEMA CHEMICAL COMPANY, for its CoverGirl line of products;

**PFIZER INC.**;

**PRESPERSE CORPORATION**;

**PRESPERSE INTERNATIONAL CORP**;

**THE PROCTER & GAMBLE COMPANY** (sued individually and as successor-in-interest to NOXZEMA CHEMICAL COMPANY and its CoverGirl line of products);

**REVLON CONSUMER PRODUCTS**

-3-

**CORPORATION**;

**SCHOLLS WELLNESS COMPANY LLC**;

**SPECIALTY MINERALS INC.** (sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC.);

**UNILEVER UNITED STATES, INC.** formerly d/b/a RIMMEL LONDON and for its Rimmel line of products;

**UNION CARBIDE CORPORATION**;

**WHITTAKER CLARK & DANIELS, INC.**;

**JOHN DOE CORPORATIONS 1-50** (fictitious);

                           Defendants.

**Whereas**, Plaintiffs filed a Complaint in the Superior Court of New Jersey, Law Division, Middlesex County (Docket No. MID-L-000022-21AS), on January 4, 2021;

**Whereas**, Plaintiffs personally served Defendant Brenntag Specialties, Inc., whose principal place of business is located in New Jersey, with a copy of the Summons and Complaint at 2:55 p.m. on January 4, 2021;

**Whereas**, on January 5, 2021, Defendant Revlon Consumer Products Corporation ("Revlon") filed with this Court a Notice of Removal Pursuant to 28 U.S.C. §1442 and §1332;

**Whereas**, counsel for the Plaintiffs and counsel for Revlon have conferred and agree that this case should be forthwith remanded to the Superior Court of New Jersey, Law Division, Middlesex County;

**IT IS HEREBY ORDERED** on this  7TH  day of January 2021, that Plaintiffs' Complaint be and is hereby remanded to the Superior Court of New Jersey, Law Division, Middlesex County; and it is further

**ORDERED** that a copy of this Order be served on all counsel of record within seven days.

_____
Hon. Brian Martinotti, U.S.D.J.


Agreed as to form and substance                    Agreed as to form and substance


/s/ Robert E. Lytle                              /s/ Deena M. Crimaldi
Robert E. Lytle                                  Deena M. Crimaldi
Counsel for Plaintiffs                           Counsel for Revlon